Wilfred Wierman, Plaintiff-Appellee, v. Bird Provision Co., a Corporation, Defendant-Appellant.

Gen. No. 66–96. ▉

Third District.

April 14, 1967.

Moehle, Moehle & Reardon, of Pekin, for appellant; Kenneth L. Ott, of Peoria, for appellee.
Opinion by JUSTICE CORYN. Not to be published in full.